ANNA F. RYAN, Respondent, *v.* JOHN J. HALLIGAN, as Executor of CATHERINE CLARK, Deceased, Appellant.

*Ryan* v. *Halligan*, 122 App. Div. 903, affirmed.
(Submitted January 15, 1909; decided January 29, 1909.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial depart-

ment, entered November 18, 1907, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover for services alleged to have been rendered defendant's intestate.

*Samuel Foster* and *William J. Ludden* for appellant.

*John B. Holmes* and *Andrew E. Delaney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.